IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY – CAMDEN VISCINAGE

| | |
|---|---|
| SKULL SHAVER, LLC | : |
| Plaintiff, | : |
| v. | : Case No. 21-9914 |
| SKULL GROOMING, | : |
| Defendant. | : |

**PLAINTIFF'S STATEMENT PURSUANT TO L. CIV. R. 7.1.1**

Plaintiff Skull Shaver, LLC ("Plaintiff"), by and through its undersigned counsel, hereby states that it is not receiving any third party funding in this matter.

Dated: July 1, 2021                               Respectfully submitted,

                                                  */s/                    Ahmed Soliman*
                                                  Ahmed M. Soliman, Esq./ I.D. #309115
                                                  Soliman & Associates, PC
                                                  923 Haddonfield Road, Ste. 300
                                                  Cherry Hill, NJ 08002
                                                  Tel: (856) 324-8313/Fax: (856) 324-9080
                                                  E-mail: *soliman@solimanlegal.com*
                                                  Attorney for Plaintiff